UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  17-cv-21077-KMW

JANET BOUE,

    Plaintiff,

v.

FIRSTSOURCE ADVANTAGE, LLC,

    Defendant.
_____/

## NOTICE OF PROPOSED SETTLEMENT

Plaintiff hereby notifies the Court that the parties have settled this matter in principal and are awaiting the signature of both parties on the settlement documents.

    Debt Rescue Clinic
    Attorney for Plaintiff
    9990 S.W. 77 Ave., PH14
    Miami, FL 33156
    Tel:   305-776-1805
    service@debtrescueclinic.com
    service@jdllawpa.com

     /s/ Joel D. Lucoff
    Joel D. Lucoff
    Fla. Bar No. 192163