UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-cv-21077-WILLIAMS

JANET BOUE,

    Plaintiff,

vs.

FIRSTSOURCE ADVANTAGE, LLC,

    Defendant.

_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court on Plaintiff's notice of voluntary dismissal. (DE 16). Upon review of the notice and the record, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED**. All pending motions are **DENIED AS MOOT**. All deadlines and hearings are **CANCELED**. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 11 day of May, 2017.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE